510

Debra RAU, Appellant,

v.

K.P.S. KAMATH, M.D., Respondent.

No. 69812.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 23, 1996.

Albert M. Spradling, II, Spradling & Spradling, Cape Girardeau, for appellant.

Matthew M. Mocherman, Finch, Bradshaw, Strom & Steele, Cape Girardeau, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Appellant, Debra Rau ("plaintiff"), appeals the judgment of the Circuit Court of Cape Girardeau denying recovery in her action against K.P.S. Kamath ("defendant") for breach of an employment contract. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the motion court is based on findings of fact and conclusions of law that are not clearly erroneous. As as extended opinion would serve no jurisprudential purpose, we affirm the circuit court pursuant to 84.16(b). A memorandum explaining the reasons for our decision is provided solely for the use of the parties involved.

Rhett A. POWELL, Appellant,

v.

STATE of Missouri, Respondent.

No. 69757.

Missouri Court of Appeals,
Eastern District,
Division One.

July 23, 1996.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Appellant, Rhett A. Powell, appeals the judgment of the Circuit Court of St. Francois County denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the motion court is based on findings of fact and conclusions of law that are not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the circuit court pursuant to Rule 84.16(b). A memorandum explaining the reasons for our decision is provided solely for the use of the parties involved.